UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        *Plaintiff,*

v.

MICHAEL B. BENITEZ,

        *Defendant.*

**NOTICE OF MOTION TO FILE UNDER SEAL**

**CASE NO. 24-CR-78-RJA**

---

STATE OF NEW YORK    )
COUNTY OF ERIE        ) ss:
CITY OF BUFFALO      )

JUSTIN D. GINTER, ESQ., being duly sworn, deposes and says:

1. I represent the defendant, Michael Benitez.

2. Your deponent requests that the defendant's Sentencing Memorandum be filed under seal because the information set forth therein deals with issues that should not be made available to the public.

WHEREFORE, your deponent prays that this Court rule accordingly.

DATED:    Buffalo, New York
             April 28, 2025

Respectfully submitted,

/s/Justin D. Ginter, Esq.
JUSTIN D. GINTER, ESQ.
LIPSITZ GREEN SCIME CAMBRIA LLP
Attorneys for Defendant
MICHAEL B. BENITEZ
Office and Post Office Address
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333
jginter@lglaw.com

Subscribed and sworn to before me this
28th day of April 2025.

/s/Kristina Drewery
Commissioner of Deeds
Qualified in Erie County
My Commission Expires December 31,

TO:   CHARLES M. KRULY, ESQ.
      ASSISTANT UNITED STATES ATTORNEY
      FEDERAL CENTER
      138 DELAWARE AVENUE
      BUFFALO, NY 14202