Dear Judge

I am writing this letter in support of my brother, Michael Benitez as he seeks to be released from probation. I have had the privilege of knowing Michael his entire life, and I can confidently say that he has worked hard to turn his life around and become a responsible, hardworking, and dedicated individual.

Over the past few years, Michael has proven his commitment to bettering himself and staying out of trouble. He is an amazing father who prioritizes his children and provides a stable and loving home for them. He has maintained steady employment, showing reliability and dedication to his work, and has consistently paid his bills on time. Additionally, he took the initiative to pay off his restitution early, demonstrating his accountability and respect for the legal system.

Michael has also shown great stability in his personal life, having resided in the same home for the past two years. This consistency is a testament to his responsibility and desire to build a positive future for himself and his family.

I truly believe that Michael has learned from his past and is committed to staying on the right path. He has become a role model for his children and those around him. I respectfully ask that you take his progress and dedication into consideration when making your decision regarding his probation.

Thank you for your time and for considering this letter in support of Michael. Please feel free to contact me if you need any additional information.

Sincerely,

Crystal Benitez